

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

**PAUL L. MALONEY**
**CHIEF JUDGE**

410 W. Michigan Ave.
Kalamazoo, MI 49007

(269) 381 4741

August 3, 2010

Honorable Bobby R. Baldock
Chairman, Committee on Financial Disclosure
One Columbus Circle NE
Washington DC 20544

Re:     Your Letter of July 26, 2010

Dear Judge Baldock:

In response to your letter, the undergraduate university is ▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Chief Judge
United States District Court
Western District of Michigan

PLM/ab

| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Maloney, Paul L. | 2. Court or Organization<br><br>District Court, WD MI | 3. Date of Report<br><br>05/18/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>410 W. Michigan Ave.<br>Kalamazoo, MI 49007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995-2007 | State Judicial Pension calculated based on years of service |
| 2. 1995-2007 | Berrien County Pension calculated based on years of service |
| 3. | |

DISCLOSURE FINANCIAL OFFICE 2010 MAY 20 A 11: 19 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/18/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Teacher, River Valley School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/18/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Tuition Management Services | Payment Agreement-College Tuition | J |
| 2. Undergraduate University | Tuition, Room and Board | None |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account # 1 | | | | | | | | | |
| 2. --Morgan Stanley Liquid Asset Fund Money Market | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 3. --Morgan Stanley Bank Deposit | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 4. --Morgan Stanley Equally Weighted S&P 500 D | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 5. --Morgan Stanley Small Mid-Cap Special Value Fund D | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 6. --MSIF Core Plus Fix Income Inst. | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 7. --MSIF TR LTD Duration Inst | A | Int./Div. | | | Sold | 01/07/09 | J | A | |
| 8. --MSIF Active International Allocation Inst | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 9. --MSIF Emerging Markets | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 10. --MSIF Investment Grade Fix Income Inst | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 11. --Van Kampen Comstock I | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 12. --Van Kampen Growth and Income I | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 13. --Van Kampen Small Cap Growth I | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 14. --MSIF US Real Estate Inst | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 15. --MSIF US Large Cap GR Inst | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 16. --MSIF TR US Small Cap Value Inst | A | Dividend | | | Sold | 01/07/09 | J | A | |
| 17. --Allianz NFJ Dividend Value A | A | Dividend | J | T | Buy | 01/12/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/14/09 | J | | |
| 19. --Allianz NFJ Sm-Cap Value A | A | Dividend | | | Buy | 01/12/09 | J | | |
| 20. | | | | | Sold | 07/14/09 | J | A | |
| 21. --Amer Cent Growth ADV | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 22. | | | | | Sold (part) | 07/14/09 | J | A | |
| 23. --Blackrock Inflat Prot Bond A | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 24. | | | | | Sold (part) | 07/14/09 | J | A | |
| 25. --Blackrock Equity Dividend A | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 26. | | | | | Buy (add'l) | 07/14/09 | J | | |
| 27. American Euro Pacific Growth F | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 28. | | | | | Sold (part) | 07/14/09 | J | A | |
| 29. --American Gr FD of America F | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 30. | | | | | Sold (part) | 07/14/09 | J | A | |
| 31. --ING Global Real Estate A | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 32. | | | | | Buy (add'l) | 07/14/09 | J | | |
| 33. --Perkins Mid Cap Val INV | A | Dividend | | | Buy | 01/12/09 | J | | |
| 34. | | | | | Sold | 07/14/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Jennison Mid Cap Growth A | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 36. | | | | | Sold (part) | 07/14/09 | J | A | |
| 37. --JP Morgan HIBRG STAT MKT NEU A | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 38. | | | | | Buy (add'l) | 07/14/09 | J | | |
| 39. JP Morgan Mid-Cap | A | Dividend | J | T | Buy | 7/14/09 | J | | |
| 40. --Lazard Emerging Markets Open | A | Dividend | J | T | Buy | 01/19/09 | J | | |
| 41. | | | | | Sold (part) | 07/14/09 | J | A | |
| 42. --Pimco Low Duration FD A | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 43. | | | | | Sold (part) | 07/14/09 | J | A | |
| 44. --Pimco Total Return A | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 45. | | | | | Sold (part) | 07/14/09 | J | A | |
| 46. --Thornburg Intl Value A | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 47. | | | | | Sold (part) | 07/14/09 | J | A | |
| 48. --Van Kampen Small Cap Growth A | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 49. | | | | | Buy (add'l) | 07/14/09 | J | | |
| 50. --First American Real Estate SEca | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 51. | | | | | Buy (add'l) | 07/14/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --TCW Total Return BD N | A | Dividend | J | T | Buy | 01/12/09 | J | | |
| 53. | | | | | Sold (part) | 07/14/09 | J | A | |
| 54. --UBS Bank USA Dep Acct | A | Interest | J | T | Open | 01/12/09 | J | | |
| 55. --UBS Pace Money Market INV Fund Class P | A | Dividend | J | T | Buy | 07/14/09 | J | | |
| 56. | | | | | Sold (part) | 07/31/09 | J | A | |
| 57. | | | | | Sold (part) | 10/23/09 | J | A | |
| 58. Brokerage Account #2 | | | | | | | | | |
| 59. --Apple Computer common stock | A | Dividend | J | T | Sold (part) | 06/29/09 | J | C | |
| 60. --UBS Deposit Acct | A | Int./Div. | J | T | Open | 4/9/09 | J | | |
| 61. Brokerage Account #3 | | | | | | | | | |
| 62. --Morgan Stanley Money Market | A | Dividend | | | Sold | 04/06/09 | J | A | |
| 63. --S & P 500 Index Fund B | A | Dividend | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. --Dividend Growth Securities B | A | Dividend | J | T | | | | | |
| 66. --MS Global Dividend Growth Security A | A | Dividend | J | T | | | | | |
| 67. --MS Global Dividend Growth Security B | A | Dividend | J | T | | | | | |
| 68. State of Michigan 401k | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 - $5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | L =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   --SSgA Bond Market Index | A | Dividend | J | T | | | | | |
| 70.   --MFS Total Return A | A | Dividend | K | T | | | | | |
| 71.   --Dodge and Cox Stock Fund | A | Dividend | L | T | | | | | |
| 72.   --Rainer Lg Cap Growth Equity Fund | A | Dividend | J | T | | | | | |
| 73.   --Columbia Acorn Z | A | Dividend | J | T | | | | | |
| 74.   --American Funds Euro Pacific | A | Dividend | K | T | | | | | |
| 75.   --Alliance Bernstein Int Value I | A | Dividend | J | T | | | | | |
| 76.   --Pimco Total Return Fund I | A | Dividend | J | T | | | | | |
| 77.   --UBS Deposit Acct | A | Int./Div. | J | T | Open | 4/9/09 | J | | |
| 78.   457 Retirement Acct | | | | | | | | | |
| 79.   --Nationwide Fixed Acct | B | Int./Div. | L | T | | | | | |
| 80.   --Newberger Genesis Fund TC | A | Dividend | J | T | | | | | |
| 81.   403b Account | | | | | | | | | |
| 82.   --New Perspective Fund A | A | Dividend | J | T | | | | | |
| 83.   --Capital World Growth A | A | Dividend | J | T | | | | | |
| 84.   --US Govt Securities A | A | Dividend | J | T | | | | | |
| 85.   Fifth Third Bank Account | A | Interest | J | T | | | | | |

1. Income Gain Codes:          A  =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)     S =Assessment                 T =Cash Market
   (See Column C2)              U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DOJ Federal Credit Union | A | Interest | J | T | | | | | |
| 87. 403b(7) Account | | | | | | | | | |
| 88. --New Perspective Fund A | A | Dividend | J | T | Open | 12/18/09 | J | | |
| 89. --Capital World Growth A | A | Dividend | J | T | Open | 12/18/09 | J | | |
| 90. --US Govt Securities A | A | Dividend | J | T | Open | 12/18/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F $50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/18/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/18/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544